Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED
DEC 07 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
DEC 10 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Katherine Smith-McDuffie

Debtor(s)

Case No: 08-40293 LT 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount (s) of $3,758.77 The name (s)and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 08-40293 LT 13 | PODS STORAGE<br>PO BOX 30786<br>TAMPA, FL 33630 | $ 3,758.77 | $ 3,758.77 |
| | Total Unclaimed Dividends | | $ 3,758.77 |

Dated: December 3, 2009

_Martha G Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee

Case: 08-40293   Doc# 51   Filed: 12/07/09   Entered: 12/10/09 14:47:00   Page 1 of 1